**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEAN C. CRAWFORD, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 23-cv-2225 |
| | : | |
| ESQ. EMILY R. PROVENCHER, *et al.*, | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 27th day of February, 2026, the Court having stayed Plaintiff Sean C. Crawford's case until the resolution of his underlying state criminal proceedings, *see* ECF No. 5, and it appearing that those criminal proceedings have resolved, **IT IS ORDERED THAT**:

1. In accordance with Crawford's criminal dockets and the Pennsylvania Department of Corrections inmate locator system, the Clerk of Court is **DIRECTED** to **UPDATE** Crawford's address to reflect that he is now incarcerated under Inmate Number QR1813 at SCI Huntingdon. Crawford is reminded that it is his responsibility to notify the Court of an address change.

2. Crawford shall file a status report **within thirty (30) days of the date of this Order** indicating whether and how his state court criminal proceedings in *Commonw. v. Crawford*, Nos. CP-15-CR-0002270-2025; CP-15-CR-0000734-2020; CP-15-CR-0000357-2020 (Chester C.P.), resolved, including any available appellate proceedings, and whether he seeks to pursue this case. He may also file an amended complaint to clarify his claims if necessary.

3. If Crawford fails to respond to this Order, this case may be dismissed without further notice for lack of prosecution.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
022726